# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144182 & (32)(33)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

LEONARD GREGORY WALKER,
　　　　Defendant-Appellant.

SC: 144182
COA: 300633
Wayne CC: 07-006407-FC

_____/

　　　On order of the Court, the application for leave to appeal the August 16, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to supplement the application and the motion to hold in abeyance are DENIED.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

s0716